UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

      Plaintiff,

v.

INTEL ADVANTAGE, LLC, et al.,

      Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:20-cv-783

## **ENTRY OF DEFAULT**

It appearing from the files and records that affidavit for default has been duly filed and that defendants *Intel Advantage, LLC, Intel Advantage II, Limited, Branch Capital Investments LLC, Anthony Carlos Allen, II, Darren Leon Abrams, Jr., and Intel Logistics, LLC* failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendants *Intel Advantage, LLC, Intel Advantage II, Limited, Branch Capital Investments LLC, Anthony Carlos Allen, II, Darren Leon Abrams, Jr., and Intel Logistics, LLC* according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ pjw

Date:  December 10, 2020

By: Deputy Clerk