UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

    Plaintiff,

v.

INTEL ADVANTAGE, LLC, et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:20-cv-783

## ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendants Patrice Nicole Branch, Akela Donyell Branch and Superior Capital LLC failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendants Patrice Nicole Branch, Akela Donyell Branch and Superior Capital LLC according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ Paula J. Woods

Date: December 18, 2020    By: Deputy Clerk