UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

    Plaintiff,

v.

                              Case No. 1:20-cv-783

INTEL ADVANTAGE, LLC, et al.,        Hon. Hala Y. Jarbou

    Defendants.
_____/

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the November 6, 2020 Order Granting Plaintiff's Verified Motion for Alternate Service (ECF No. 21) and Defendant Lakeland Capital, LLC has not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to Defendant Lakeland Capital, LLC, unless Plaintiff completes service of process within 90 days after the filing of the November 6, 2020 Order.

Dated: January 7, 2021                /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        UNITED STATES DISTRICT JUDGE