UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

    Plaintiff,

v.

INTEL ADVANTAGE, LLC, et al.,

    Defendants.
_____/

Case No. 1:20-cv-783

Honorable Hala Y. Jarbou

NOTICE OF DISMISSAL OF PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Donald Newberne hereby gives notice of the immediate dismissal from this action, without prejudice, of defendants Advance Intel Services LLC, Chauncey Henri Thompson, Chauncey Investments LLC, and Christopher Roberts.

Dated: January 26, 2021

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
consumerlawyer@aol.com