UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

    Plaintiff,

v.

INTEL ADVANTAGE, LLC, et al.,

    Defendants.
_____/

Case No. 1:20-cv-783

Honorable Hala Y. Jarbou

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff hereby gives notice of the immediate dismissal of this action, with prejudice.

Dated: January 27, 2021

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com